UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE LYLE LASKO,

                                    Plaintiff,

          -v-                                        3:11-CV-1480


THOMAS P. WALSH, Assistant U.S. Attorney;
COURTNEY A. PAIGE, U.S. Probation Officer;
LISA E. PEEBLES, Assistant U.S. Public
Defender; DAVID E. BUTLER, ESQ., CJA Public
Defender; JAMES F. GREENWALD, Assistant
U.S. Public Defender; BRIAN S. BESSER, D.E.A.
Special Agent; FREDERICK J. MEAGHER, CJA
Public Defender; SCOTT PAULEY, N.Y.S. Inv.,
Nichals, NY; PATRICK K. HOGAN, Inv., Tioga
County, NY; JANE DOES; and JOHN DOES,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                         OF COUNSEL:

LAWRENCE LYLE LASKO
Plaintiff, pro se
R11894-052
Terre Haute
U.S. Penitentiary
Inmate Mail/Parcels
P.O. BOX 33
Terre Haute, IN 47808

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1986.  On March 28,

2012, the Honorable David R. Homer, United States Magistrate Judge, advised, by Report-

Recommendation, that the complaint be dismissed.  Plaintiff timely filed objections to the

Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole.

See 28 U.S.C. 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  April 27, 2012
          Utica, New York.

- 2 -