# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

LAWRENCE LYLE LASKO,

    Plaintiff(s)

vs.

**CASE NUMBER: 3:11-CV-1480**

THOMAS P. WALSH, Assistant U.S. Attorney; COURTNEY A. PAIGE, U.S. Probation Officer; LISA E. PEEBLES, Assistant U.S. Public Defender; DAVID E. BUTLER, ESQ., CJA Public Defender; JAMES F. GREENWALD, Assistant U.S. Public Defender; BRIAN S. BESSER, D.E.A. Special Agent; FREDERICK J. MEAGHER, CJA Public Defender; SCOTT PAULEY, N.Y.S. Inv., Nichols, NY; PATRICK K. HOGAN, Inv., Tioga County, NY; JANE DOES; and JOHN DOES,

    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report-Recommendation of the Hon. David R. Homer, United States Magistrate Judge, filed March 28, 2012, is accepted in whole, and the plaintiff's complaint is DISMISSED, in accordance with the order of the Honorable DAVID N. HURD, United States District Judge, dated the 27th day of April, 2012.

DATED: April 27, 2012

Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk